**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Jonathan A. Cooper | Social Security number or ITIN  xxx–xx–5522 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _  EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 17–11978–CMG | |

# Order of Discharge                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jonathan A. Cooper

11/26/19                                                         **By the court:** Christine M. Gravelle
                                                                                         United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W    **Chapter 13 Discharge**    page 2

```
United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-11978-CMG
Jonathan A. Cooper                                                    Chapter 13
      Debtor            CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 2        Date Rcvd: Nov 26, 2019
                               Form ID: 3180W           Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 28, 2019.
db              Jonathan A. Cooper,    186 Peshekee Trl,    Medford Lakes, NJ 08055-1723
cr             +FLAGSTAR BANK, FSB,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +FLAGSTAR BANK, FSB, AS SERVICER FOR MATRIX FINANCI,    Phelan Hallinan & Schmieg, PC,
                 1617 JFK Boulevard,    Suite 1400,   Philadelphia, PA 19103-1814
cr             +MATRIX FINANCIAL SERVICES CORPORATION,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,
                 Suite 100,   Mt. Laurel, NJ 08054-3437
cr             +OCWEN LOAN SERVICING LLC,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487,    UNITED STATES 33487-2853
516623075       Best Buy Credit Services,    PO Box 78009,    Phoenix, AZ 85062-8009
516623076       Cenlar Federal Savings Bank,    425 Phillips Blvd,    Ewing, NJ 08618-1430
516623079      ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
                (address filed with court: Fifth Third Bank,    PO Box 630778,    Cincinnati, OH 45263-0778)
516623078       Fairway Independent Mortgage Corp,    4801 S Biltmore Ln,    Madison, WI 53718-2108
516719961      +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
518427881       MATRIX FINANCIAL SERVICES CORPORATION,    5151 CORPORATE DRIVE,    TROY, MI 48098-2639
518427882       MATRIX FINANCIAL SERVICES CORPORATION,    5151 CORPORATE DRIVE,    TROY, MI 48098-2639,
                 MATRIX FINANCIAL SERVICES CORPORATION,    5151 CORPORATE DRIVE,    TROY, MI 48098-2639
516633574      +OCWEN LOAN SERVICING, LLC,    Robertson, Anschutz & Schneid, P.L,,
                 6409 Congress Ave., Suite 100,    Boca Raton, FL 33487-2853
516808920      +TD Bank, N.A.,    PO Box 16029,   Lewiston, ME 04243-9507

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 27 2019 00:24:02       U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 27 2019 00:23:59       United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516833796      +E-mail/Text: bankruptcy@cavps.com Nov 27 2019 00:24:18       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
516623077      +EDI: CITICORP.COM Nov 27 2019 04:43:00       Citi Cards,    Po Box 6077,
                 Sioux Falls, SD 57117-6077
517909916       E-mail/Text: cashiering-administrationservices@flagstar.com Nov 27 2019 00:24:30
                 FLAGSTAR BANK, FSB,    5151 CORPORATE DRIVE,    TROY, MI 48098-2639
517909917       E-mail/Text: cashiering-administrationservices@flagstar.com Nov 27 2019 00:24:30
                 FLAGSTAR BANK, FSB,    5151 CORPORATE DRIVE,    TROY, MI 48098-2639,    FLAGSTAR BANK, FSB,
                 5151 CORPORATE DRIVE,    TROY, MI 48098-2639
516623080      +EDI: RMSC.COM Nov 27 2019 04:43:00       Lowes,    P.O. Box 965005,    Orlando, FL 32896-5005
516782799      +EDI: MID8.COM Nov 27 2019 04:43:00       MIDLAND FUNDING LLC,    PO BOX 2011,
                 WARREN, MI 48090-2011
516623081      +Fax: 407-737-5634 Nov 27 2019 00:52:45       Ocwen Loan Servicing,    1661 Worthington Rd, Ste 100,
                 West Palm Beach, FL 33409-6493
516871836       EDI: PRA.COM Nov 27 2019 04:43:00       Portfolio Recovery Associates, LLC,    c/o BEST BUY VISA,
                 POB 41067,   Norfolk, VA 23541
516623082      +EDI: RMSC.COM Nov 27 2019 04:43:00       Syncb/Sam Ash,    Po Box 965036,    Orlando, FL 32896-5036
516623083       EDI: TDBANKNORTH.COM Nov 27 2019 04:43:00       Td Bank,    Po Box 219,    Lewiston, ME 04243
516623084       EDI: TDBANKNORTH.COM Nov 27 2019 04:43:00       Td Bank, NA,    Po Box 219,
                 Lewiston, ME 04243-0000
                                                                                               TOTAL: 13

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516872083          MATRIX FINANCIAL SERVICES CORPORATION
518036731*        +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
517262067*        +Ocwen Loan Servicing LLC,    Robertson, Anschutz & Schneid, P.L.,
                    6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
516892197*        +Ocwen Loan Servicing, LLC,    1661 Worthington Road, Suite 100,    West Palm Beach, FL 33409-6493
                                                                                               TOTALS: 1, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Nov 26, 2019
                              Form ID: 3180W           Total Noticed: 27
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 28, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 26, 2019 at the address(es) listed below:
              Albert   Russo     docs@russotrustee.com
              Andrew L. Spivack    on behalf of Creditor    MATRIX FINANCIAL SERVICES CORPORATION
               nj.bkecf@fedphe.com
              Craig Scott Keiser    on behalf of Creditor    FLAGSTAR BANK, FSB craig.keiser@law.njoag.gov
              Denise E. Carlon    on behalf of Creditor    Fifth Third Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin M. Buttery    on behalf of Creditor    OCWEN LOAN SERVICING LLC bkyefile@rasflaw.com
              Nicholas V. Rogers    on behalf of Creditor    MATRIX FINANCIAL SERVICES CORPORATION
               nj.bkecf@fedphe.com
              Nicholas V. Rogers    on behalf of Creditor    FLAGSTAR BANK, FSB, AS SERVICER FOR MATRIX FINANCIAL
               SERVICES CORPORATION nj.bkecf@fedphe.com
              Rebecca Ann Solarz    on behalf of Creditor    Fifth Third Bank rsolarz@kmllawgroup.com
              Robert   Davidow     on behalf of Creditor    MATRIX FINANCIAL SERVICES CORPORATION
               nj.bkecf@fedphe.com
              Stephanie   Shreter     on behalf of Debtor Jonathan A. Cooper shreterecf@comcast.net,
               shreterlaw@gmail.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 11
```